J-S09003-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| MARITZA R. NOVACK | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| ANTHONY A. NOVACK | |
| Appellant | No. 861 MDA 2015 |

Appeal from the Order April 17, 2015
In the Court of Common Pleas of Lancaster County
Civil Division at No(s): CI-02-11186

BEFORE:  PANELLA, J., LAZARUS, J., and JENKINS, J.

JUDGMENT ORDER BY PANELLA, J.                **FILED MARCH 07, 2016**

Appellant, Anthony A. Novack, appeals *pro se* from the order entered April 17, 2015, in the Court of Common Pleas of Lancaster County. We affirm.

Our review of the *pro se* brief Appellant has submitted to this Court reveals substantial defects. Of the *ten* issues Appellant has presented for our review, only a single issue pertains directly to the Order under appeal. Additionally, although the argument section of Appellant's brief contains a citation to a single statute, Appellant's brief otherwise contains *no* citation to supporting case law or other pertinent legal authority. Correspondingly, there is no developed legal argument in the twelve pages devoted to Appellant's brief.

"While this court is willing to liberally construe materials filed by a *pro se* litigant, we note that appellant is not entitled to any particular advantage because she lacks legal training. As our supreme court has explained, any layperson choosing to represent herself in a legal proceeding must, to some reasonable extent, assume the risk that her lack of expertise and legal training will prove her undoing." ***Branch Banking and Trust v. Gesiorski***, 904 A.2d 939, 942 (Pa. Super. 2006) (citations omitted).

"The Rules of Appellate Procedure state unequivocally that each question an appellant raises is to be supported by discussion and analysis of pertinent authority." ***Eichman v. McKeon***, 824 A.2d 305, 319 (Pa. Super. 2003). Furthermore, "[w]hen issues are not properly raised and developed in briefs, when the briefs are wholly inadequate to present specific issues for review[,] a Court will not consider the merits thereof." ***Gesiorski***, 904 A.2d at 942-943 (citations omitted).

In the present case, even a liberal construction of Appellant's brief cannot remedy the serious inadequacies. As Appellant has chosen to proceed *pro se*, he cannot now expect this Court to act as his attorney. We are therefore compelled to find Appellant's undeveloped issues waived on appeal.

Order affirmed. Appellee's Application to Quash Appeal is denied. Jurisdiction relinquished.

- 3 -

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: <u>3/7/2016</u>